IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN CARDENAS,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>GARY SWARTHOUT, Warden,<br><br>　　　　Respondent. | No. C 13-4199 LHK (PR)<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER OR DISPOSITIVE MOTION |

Petitioner, a state prisoner proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On December 3, 2013, the court issued an order directing respondent to file an answer or dispositive motion within sixty days.  (Docket No. 2.)  Respondent has filed a motion for extension of time until April 18, 2014, to file an answer or dispositive motion.  (Docket No. 3.)

Respondent's motion is **GRANTED**.  Respondent shall file an answer or dispositive motion **no later than April 18, 2014**.  Petitioner may file a traverse **no later than thirty (30) days** after the date an answer is filed.  If respondent files a dispositive motion, petitioner shall file an opposition **within twenty-eight (28) days** after respondent files such a motion.  Respondent shall file a reply **within fourteen (14) days** after the date any opposition is filed.

IT IS SO ORDERED.

DATED:  3/26/14

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order Granting Motion for Ext. of Time to File an Answer or Dispo. Mot.
P:\PRO-SE\LHK\HC.13\Cardenas199eot-dispo.wpd