IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN CARDENAS,  )<br>  )<br>Petitioner,  )<br>  )<br>vs.  )<br>  )<br>  )<br>GARY SWARTHOUT, Warden,  )<br>  )<br>Respondent.  )<br>_____)  | No. C 13-4199 LHK (PR)<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER<br><br><br><br><br>(Docket No. 5) |

Petitioner, a state prisoner proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The court issued an order to show cause why the petition should not be granted. (Docket No. 2.) On April 18, 2014, respondent filed a motion for enlargement of time to file an answer. (Docket No. 5.) On May 2, 2014, respondent filed a response to the court's order to show case. (Docket No. 6.)

Respondent's motion for an extension of time to file an answer is **GRANTED**. Respondent's response filed May 2, 2014, is deemed timely filed.

This order terminates docket number 5.

IT IS SO ORDERED.

DATED:   7/16/14

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order Granting Motion for Ext. of Time to File an Answer or Dispo. Mot.
P:\PRO-SE\LHK\HC.13\Cardenas199eot-answer-timely.wpd